# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-4533 MRW | Date | February 25, 2015 |
| Title | Shaun Knight v. Cosco Container Lines Co., Ltd. | | |

**Present: The Honorable**  Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorney Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER RE: DISMISSING CASE

  The parties have reached an agreement on settlement and filed a stipulation to dismiss case. (Docket # 15.)  This action is dismissed without prejudice.

|  | 0 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vm |